IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- E.I DUPONT DE NEMOURS AND COMPANY (n/k/a EIDP, Inc.), et al., *Defendants.* | Civil Action No.: 2:23-cv-3230-RMG |

On February 8, 2024, the Court granted the Parties' motion for final approval of class settlement and final certification. (Dkt. No. 4471).

Now before the Court is the Parties' joint motion for entry of final order and judgment. (Dkt. No 4497). The Parties explain that entry of their proposed order, (Dkt. No. 4497-1), is necessary under the Settlement Agreement to consummate their agreement. (Dkt. No. 4491 at 2) ("Paragraph 9.1.2 of the Class Action Settlement Agreement provides that '[i]t is a condition to the Settlement that (a) within a reasonable time period after the Order Granting Preliminary Approval, the Court approve and enter the Order Granting Final Approval, in the form of Exhibit B, with any modifications acceptable to all Class Representatives and Settling Defendants in their individual discretion, and (b) the Order Granting Final Approval remain in full force and effect until it reaches Final Judgment.'").

After a review of the Parties' motion, and the proposed order, the Court GRANTS the

Parties' motion (Dkt. No. 4497) and issues the requested order, attached as Exhibit A, for good cause shown. Nothing in this Order shall be construed as modifying the substance of the Court's prior order issued at (Dkt. No. 4471).

    **AND IT IS SO ORDERED**

February 26, 2024
Charleston, South Carolina

                                                         s/Richard M. Gergel
                                                         Richard M. Gergel
                                                         United States District Judge