IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) | MDL No.: 2:18-mn-2873-RMG <br><br> This document relates to: <br><br> 2:23-cv-03147-RMG <br> 2:23-cv-03230-RMG |

### ORDER GRANTING JOINT MOTION TO AMEND ALLOCATION PROCEDURES

Before the Court is Class Counsel's motion (Dkt. No. 4994), with the consent of 3M and unopposed by The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company (n/k/a EIDP, Inc.) (collectively, "DuPont'), to amend the Allocation Procedures in the 3M PWS Settlement Agreement and the DuPont PWS Settlement Agreement (ECF Nos. 3370-3 and 3393-2, respectively). For good cause shown, the Court GRANTS the Parties' motion.

The deadline for Qualifying Settlement Class Members to submit a Phase One Action Fund Claims Form in both the 3M and the DuPont PWS Settlements shall be **July 12, 2024**. The deadline for Qualifying Settlement Class Members to submit a Phase One Special Needs Fund Claims Form in both Settlements shall be **August 26, 2024**.

3M shall pay the first installments to the Phase One Action Fund and the Phase Two Testing Compensation Fund on or by July 12, 2024.

**AND IT IS SO ORDERED.**

Charleston, South Carolina, this 23rd day of May, 2024.

                                                   s/Richard M. Gergel
                                                   Richard M. Gergel
                                                   UNITED STATES DISTRICT JUDGE